IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MOSES SPARKS,

    Plaintiff,

    v.                                                      Civ. 12-1022 MCA/GBW

FNU BEAIRD,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION AND DISMISSING CASE

On October 1, 2012, Plaintiff, then an inmate at the Lea County Correctional Facility (LCCF), filed his complaint, alleging three causes of action under 42 U.S.C. § 1983 for violations of the Eighth Amendment. *Doc. 1*. On February 27, 2013, the Court dismissed the claims against two of the defendants, the Geo Group, Inc. and Warden Janecka, for failure to state a claim. *Doc. 8* at 3. It also dismissed Plaintiff's claims against Defendant Beaird in his official capacity, leaving only Plaintiff's claim against Defendant Beaird in his individual capacity. *Id.* at 2-3.

The Magistrate Judge filed his Proposed Findings and Recommended Disposition (PFRD) on May 16, 2013. *Doc. 14*. He recommended dismissal of Plaintiff's action for failure to exhaust administrative remedies for the violations alleged in his complaint, as required by the Prison Litigation Reform Act (PLRA). *Id.* at 5-6. He also recommended that Plaintiff's claims be dismissed with prejudice because his informal

1

grievance was dismissed on timeliness grounds and therefore his failure to exhaust cannot be cured. *Id*. at 7.

Plaintiff has filed no objections to the PFRD,[1] and, upon review of the record, I concur with the Magistrate Judge's findings and recommendations.

Wherefore, IT IS HEREBY ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition, *doc. 14*, is ADOPTED.  Plaintiff's claims are DISMISSED with prejudice.

                                      UNITED STATES DISTRICT JUDGE

---

[1] The Magistrate Judge's PFRD was returned to the Court as "undeliverable" on May 23, 2013. *Doc. 15*. The stamp on the envelope indicates that Plaintiff has been "discharged" from LCCF. *Id*. Plaintiff has not provided a new address to the Court despite his duty to do so. *See* D.N.M.LR-Civ. 83.6.